IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FOX VALLEY & VICINITY CONSTRUCTION WORKERS WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) ) | NO. 18 C 7043 |
| KREATIVE SCAPE, INC., an Illinois corporation, | ) ) ) | JUDGE JOHN Z. LEE |
| Defendant. | ) | |

**MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on January 23, 2019, request this Court enter judgment against Defendant, KREATIVE SCAPE, INC., an Illinois corporation. In support of this Motion, Plaintiffs state:

1. On January 23, 2019, this Court entered default against Defendant and granted Plaintiffs' request for an order directing Defendant to turn over its monthly fringe benefit contribution reports for the time period August 2018 forward. The Court also entered an order that judgment would be entered after Plaintiffs' received the required contribution reports and determined the amounts due and owing from Defendant.

2. In or around April 1, 2019, the Plaintiff Funds received Defendant's monthly fringe benefit contribution reports for the time period May 2018 through October 2018. Defendant paid all fringe benefit contributions due and owing to the Funds. (See Affidavit of David A. Dorfman).

3. However, due to the untimely payment of the contributions due for the months of May 2018 through October 2018, Defendant has incurred $13,998.46 for liquidated damages. (Dorfman Aff. Par. 5).

4. Additionally, pursuant to the Trust Agreements, Plaintiffs have assessed interest on the contributions due and owing and which were paid late for the months of May 2018 through October 2018 in the amount of $2,629.12. (Dorfman Aff. Par. 5).

5. In addition, Plaintiffs' firm has expended $525.00 for costs and $4,047.00 for attorneys' fees in this matter. (See Affidavit of Catherine M. Chapman).

6. Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $21,199.58.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $21,199.58.

/s/ Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6288574
Telephone: (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\Fvcwj\Kreative Scape\motion-judgment.cms.df.wpd

# CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 16th day of April 2019:

>Mr. Isaias M. Cruz, Registered Agent/President
>Kreative Scape, Inc.
>1528 Keystone Court
>Elgin, IL   60120-7013
>
>Mr. Isaias M. Cruz, Registered Agent/President
>Kreative Scape, Inc.
>PO Box 249
>Elgin, IL   60121
>
>Office of the Secretary of State
>Department of Business Services
>Annual Reports/Registered Agent Section
>File #6606 5707
>501 S. 2nd Street, Room 350
>Springfield, IL   62756-1000

/s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone:  (312) 216-2577
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\Fvcwj\Kreative Scape\motion-judgment.cms.df.wpd